IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RALPH CARTER,  )
      Plaintiff,  )
  )
vs.  )  Civil Action No. 06-64
  )
COMMISSIONER OF SOCIAL  )
SECURITY,  )
      Defendant.  )

## ORDER

AND NOW, this 4th day of December, 2006, after the plaintiff, Ralph Carter, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing his claim for supplemental security income benefits, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 20), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (Docket No. 18) is granted and the decision of the Social Security Commissioner is affirmed.

_____
Gary L. Lancaster
United States District Judge